ORIGINAL

KESSNER DUCA UMEBAYASHI
 BAIN & MATSUNAGA
Attorneys At Law, A Law Corporation

STEVEN GUTTMAN      1289-0
220 South King Street, 19th Floor
Honolulu, Hawaii           96813
Telephone:      808/536.1900
Facsimile:      808/529.7177
Email:   sguttman@kdubm.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 23 2006

LODGED at 4 o'clock and 15 min. __ M
SUE BEITIA, CLERK

OCT 20 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendant
AID ASSOCIATES, INC. dba PLAZA ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JUDITH CLARK, <br><br> Plaintiff, <br><br> vs. <br><br> AID ASSOCIATES, INC. dba PLAZA ASSOCIATES, <br><br> Defendant. | CIVIL NO. CV06-00333 DAE KSC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER** <br><br> TRIAL:   June 19, 2007 <br> Judge:   Hon. David A. Ezra |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES and ORDER

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff JUDITH A. CLARK and Defendant AID ASSOCIATES, INC. dba PLAZA ASSOCIATES, by and through their respective counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, that all claims against all parties are hereby dismissed with prejudice.

All parties who have made an appearance in this case have signed this Stipulation. No motion for summary judgment has been filed by either party. Trial was scheduled to begin on June 19, 2007.

The parties are to bear their own attorneys' fees and costs.

DATED:   Honolulu, Hawaii, October 20, 2006.

_____
JOHN HARRIS PAER
Attorney for Plaintiff

_____
STEVEN GUTTMAN
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

In re:   Judith A. Clark vs. Aid Associates, Inc. dba Plaza Associates;
Civil No. CV 06-00333 DAE KSC; Stipulation for Dismissal With Prejudice of All Claims and Parties and Order